CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

MAY 27 2021

JULIA C. DUDLEY, CLERK
BY: [signature]
DEPUTY CLERK

**UNITED STATES DISTRICT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**ABINGDON DIVISION**

| | | |
|---|---|---|
| MARY LEE CAUDILL,<br>Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-00040 |
| | ) | |
| ANDREW SAUL,<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | ) | [FILED VIA ECF] |

**JUDGMENT ORDER**

**AND NOW**, this 26th day of May, 2021, the Court having separately ordered the remand of this action for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g), **IT IS FURTHER ORDERED** that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

BY THE COURT:

Pamela Meade Sargent
J.